```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

SYLINIA JACKSON,

                Plaintiff,

    - against -

AGOURA HEALTH PRODUCTS, LLC,

                Defendant.

23-cv-1136 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to serve the summons and complaint is extended to **June 15, 2023**. If the plaintiff fails to serve the summons and complaint by that date, the case will be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m).

SO ORDERED.

Dated:    New York, New York
            May 16, 2023

                                        John G. Koeltl
                                  United States District Judge